ORIGINAL

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 7, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
OCT 11 2019
JOHN D. HADDEN
CLERK

Clerk
Court of Criminal Appeals of Oklahoma
Room 1
State Capitol Building
Oklahoma City, OK  73105

Re:  Adam Clayton Zilm
     v. Oklahoma
     No. 18-1043
     (Your No. F-2017-69)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

Scott S. Harris, Clerk

RECEIVED
OCT 11 2019
CLERK'S OFFICE

EXHIBIT 11