UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADAM CLAYTON ZILM, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) Case No. 20-CV-0509-CVE-JFJ |
| STEVEN HARPE, | ) ) ) |
|     Respondent. | ) ) |

## JUDGMENT

In an opinion and order filed contemporaneously herewith, the Court denied petitioner Adam Clayton Zilm's petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody (Dkt. # 2).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of respondent and against petitioner.

**DATED** this 5th day of January, 2024.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE