IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ADAM CLAYTON ZILM, | ) |
|         Petitioner, | ) |
| | ) |
| -vs- | )      20-CV-0509-CVE-JFJ |
| | ) |
| (1) STEVEN HARPE, | ) |
|         Respondent | ) |

**NOTICE OF APPEAL**

Petitioner, ADAM CLAYTON ZILM, hereby gives Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Order Adopting the Report and Recommendation and Denying a *Certificate of Appealability* entered in this action on the 5th day of January 2024.

Dated this 30th day of January 2024.

Respectfully submitted,

/s/ *DEBRA K. HAMPTON*
DEBRA K. HAMPTON, OBA # 13621
Hampton Law Office, PLLC
3126 S. Blvd., # 304
Edmond, OK 73013
(405) 250-0966
(866) 251-4898 (fax)
debbie@hamptonlaw.net
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant: Office of the Attorney General, e-mail: fhc.docket@oag.state.ok.us

/s/ *DEBRA K. HAMPTON*
DEBRA K. HAMPTON